UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

**GREGORY SWALLOW,**

    **Plaintiff,**

v.                                                                                  **Case No. 1:23-cv-01044-STA-jay**

**LPS EQUIPMENT AND ACQUISITION
COMPANY, LLC; LPS REAL ESTATE
AND DEVELOPMENT COMPANY, LLC;
CHARLES DAVID LEPINSKI**

    **Defendants.**

---

### ORDER APPROVING RESOLUTION OF FLSA CLAIM

---

      Before the Court is the Joint Motion of the Parties for an Order Approving Resolution of FLSA Claim.  (ECF No. 31.)  The parties have submitted the Settlement Agreement for inspection and review.  Having had the opportunity to review the settlement agreement and the parties' joint motion, the Court finds that the settlement agreement is a fair and reasonable resolution to Plaintiff's claims.  Accordingly, this settlement is **APPROVED**.  The Court retains jurisdiction of this matter for purposes of enforcement of the settlement agreement.   As this matter has been approved and all issues before the Court have been resolved, the Court thus **DISMISSES** this matter with prejudice and will issue judgment consistent with this Order.

      IT IS SO ORDERED.

                                                  s/ S. Thomas Anderson
                                                  S. THOMAS ANDERSON
                                                  UNITED STATES DISTRICT COURT

                                                  Date:  February 28, 2024